# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN TYNAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No.<br>4:12-cv-00739-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive, |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff SUSAN TYNAN against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive, are dismissed, with prejudice. Plaintiff SUSAN TYNAN and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 31, 2013

_____
District Court Judge
Northern District of California